UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

CIVIL ACTION NO. 20-147-DLB-EBA

**KATRINA WATTS,** *Administratrix of the Estate of Leon Rucker Jackson*                                    **PLAINTIFF**

v.                                                **JUDGMENT**

**UNITED STATES OF AMERICA**                                    **DEFENDANT**

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to the Memorandum Opinion and Order entered contemporaneously herewith, and the Court being otherwise sufficiently advised,

**IT IS ORDERED and ADJUDGED** as follows:

(1)   Defendant's Motion for Judgment on the Pleadings or in the alternative, Motion for Summary Judgment (Doc. # 21) is **GRANTED**.  **Judgment** is entered in favor of **Defendant**;

(2)   Plaintiff's Complaint (Doc. # 1) is **DISMISSED WITH PREJUDICE**; and

(3)   This matter is **STRICKEN** from the Court's active docket.

This is a **FINAL and APPEALABLE** Order and no just cause for delay exists.

This 25th day of August, 2022.



Signed By:
*David L. Bunning*  DB
United States District Judge

K:\DATA\ORDERS\PikeCivil\2020\20-147 Judgment.docx